**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LASHEA MOORE**                                                                          **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO. 4:19-CV-092-NBB-RP**

**THE MICHAELS ORGANIZATION,**
**LLC, AND INTERSTATE REALTY**
**MANAGEMENT COMPANY**                                                        **DEFENDANTS**

**ORDER**

In accordance with the memorandum opinion issued this day, the court finds that the

defendants' motion for summary judgment is well taken, and that it should be, and the same is

hereby, **GRANTED**. This case is **DISMISSED** with prejudice and closed.

**SO ORDERED AND ADJUDGED** this, the 23rd day of March, 2021.


 /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE